No. 1010. TEXAS COMPANY ET AL. *v.* DYER, VEHICLE COMMISSIONER. Jurisdictional statement distributed May 29, 1937. Decided June 1, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Missouri Pacific Ry. Co.* v. *Humes,* 115 U. S. 512, 523; *Western Union* v. *Indiana,* 165 U. S. 304, 307, 310; *Bankers Trust Co.* v. *Blodgett,* 260 U. S. 647, 651, 652. *Mr. William H. Watkins* for appellants. No appearance for appellee.

No. 1019. GIRAGI ET AL. *v.* MOORE ET AL. Jurisdictional statement distributed May 29, 1937. Decided June 1, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Grosjean* v. *American Press Co.,* 297 U. S. 233, 250; *Associated Press* v. *National Labor Relations Board, ante,* p. 103. *Messrs. Fred Sutter, Elisha Hanson,* and *John M. Ross* for appellants. *Mr. Allan K. Perry* for appellees.

No. —, original. EX PARTE ANNIE SHERMAN ET AL. June 1, 1937. The motion for leave to file a petition for writ of certiorari is denied.